*In re* NELSON RIVERA CABRERA.

*Número:* TS-8000          *Resuelto:* 13 de junio de 2003

*María Elena Vázquez Graziani*, abogada del peticionario; *Nelson Rivera Cabrera, pro se.*

## RESOLUCIÓN

Examinada la Solicitud de Reinstalación presentada por el Sr. Nelson Rivera Cabrera, se accede a solicitado y se autoriza su reinstalación al ejercicio de la abogacía únicamente. No será considerada su solicitud de admisión a la notaría hasta tanto subsane las deficiencias notariales que aún están pendientes, según se desprende de la Moción Informativa de la Directora de la Oficina de Inspección de Notarías de 21 de febrero de 2003, incluso las explicaciones de rigor para la presentación tardía de las notificaciones e índices notariales a los cuales se hace re-

ferencia en esa moción, conforme lo exige la Regla 63 del Reglamento Notarial de Puerto Rico, 4 L.P.R.A. Ap. XXIV.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*